UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-581M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TRACY D. McWILLIAMS, | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Commit Bank Fraud and to Misrepresent Social Security Numbers; Bank Fraud; Misrepresenting A Social Security Number

Date of Detention Hearing: Initial Appearance December 8, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Complaint with four co-defendants as a participant in an alleged conspiracy to obtain false identification documents to obtain bank accounts, cash checks and obtain goods and services.

(2) Defendant was not interviewed by Pretrial Services. She was born in Washington. There is no additional information available regarding her personal history, residence, family ties or ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any. The defendant's criminal records history included a number of instances of bench warrant activity for failure to appear, with several active and extraditable warrants from Pierce and King County.

(3) The defendant does not contest detention.

(4) The defendant poses a risk of danger due to the nature of the instant offense and her criminal history. She poses a risk of nonappearance due to alleged use of false identification documents and access to financial resources, unknown background information, history of failing to appear and three active warrants.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER
PAGE -2

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  8th  day of  December , 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3