# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY D. McWILLIAMS,<br><br>Defendant. | NO. CR05-452-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

     An initial hearing on a Supplemental Violation and Request for Warrant was held before the undersigned Magistrate Judge on April 6, 2010. The United States was represented by Assistant United States Attorneys Andrew Friedman and the defendant by Stewart Riley.

     The defendant had been charged and convicted of Conspiracy, in violation of 18 U.S.C. § 371 and Bank Fraud, in violation of 18 U.S.C. § 1344. On or about September 15, 2006, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of twenty-one months in custody, to be followed by five years of supervised release.

     The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   mental health programs, financial disclosure, $55,006.21 restitution, search, business
2   disclosure, no new credit, and no other identification.
3       In a Supplemental Violation and Request for Warrant, dated March 29, 2010, U.S.
4   Probation Officer Donald E. Moon asserted the following violations by defendant of the
5   conditions of her supervised release:

6       (6)   Using cocaine and marijuana on or about March 4, 2010, in violation of
7             standard condition number 7.
8       (7)   Using marijuana on or about March 11, and March 18, 2010, in violation of
9             standard condition number 7.
10      (8)   Failing to submit to mandatory drug testing on March 22, 2010, in violation of
11            a general condition.

12  The defendant was advised of her rights, acknowledged those rights, and admitted to
13  alleged violations 6, 7 and 8.
14      I therefore recommend that the Court find the defendant to have violated the terms and
15  conditions of her supervised release as to violations 6, 7 and 8 and that the Court conduct a
16  hearing limited to disposition. A disposition hearing on these violations has been set before the
17  Honorable Ricardo S. Martinez on May 7, 2010 at 10:30 a.m.
18      Pending a final determination by the Court, the defendant has been detained.
19      DATED this 6th day of April, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable Ricardo S. Martinez
      AUSA:                    Andrew Friedman
      Defendant's attorney:    Stewart Riley
      Probation officer:       Donald E. Moon

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2