UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR05-452-RSM |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| TRACY D. McWILLIAMS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 29, 2011. The United States was represented by AUSA Andrew Colasurdo for Andrew Friedman and the defendant by Stewart Riley. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 15, 2006 by the Honorable Ricardo S. Martinez on charges of Conspiracy and Bank Fraud, and sentenced to 21 months custody, five years supervised release. (Dkt. 93, 101.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

$54,006.21, provide her probation officer with access to financial information as requested, maintain a single checking account for all financial transactions, divulge all business interests, disclose all assets and liabilities, be prohibited from incurring new credit charges or opening new lines of credit without permission, and not possess any identification documents in any but her true identity.

On December 1, 2009, defendant's probation officer reported that she tested positive for marijuana. Defendant was reprimanded, testing was increased, and she was referred for professional assessment and intensive outpatient treatment. No other action was taken at the time. (Dkt. 130.) Ono February 9, 2010, defendant's probation officer again reported that defendant tested positive for marijuana. She was placed in a structured testing program, reprimanded and referred for professional assessment. No further action was taken at the time. (Dkt. 131.)

On March 24, 2010, defendant admitted violating the conditions of supervision by failing to make monthly restitution payments, failing to submit a 2008 federal income tax return, failing to submit monthly reports, failing to participate in a substance abuse program as instructed, and using cocaine and marijuana. (Dkt. 135.) In a supplement hearing on April 6, 2010, defendant further admitted violating the conditions of supervision by using cocaine and marijuana on additional occasions and failing to submit to mandatory drug testing. (Dkt. 142.) Defendant was sentenced to three months in custody, 57 months supervised release. (Dkt. 149.)

In an application dated February 24, 2011 (Dkt. 165, 166), U.S. Probation Officer Sara K. Moore alleged the following violations of the conditions of supervised release:

1. Failing to notify the probation officer at least ten days prior to any change in

01 residence in violation of standard condition 6.

02      2.      Failing to participate as directed in substance abuse treatment at Sound Mental
03 Health in violation of the special condition requiring the defendant to participate as instructed in
04 a program approved by the probation office for treatment of narcotic addiction, drug dependency,
05 or substance abuse.

06      3.      Failing to notify the probation officer within 72 hours of being arrested or
07 questioned by a law enforcement officer on or about February 21, 2011.

08      Defendant was advised in full as to those charges and as to her constitutional rights.

09      Defendant admitted the alleged violations and waived any evidentiary hearing as to
10 whether they occurred.

11      I therefore recommend the Court find defendant violated her supervised release as
12 alleged, and that the Court conduct a hearing limited to the issue of disposition. The next
13 hearing will be set before Judge Martinez.

14      Pending a final determination by the Court, defendant has been detained, to be released
15 to a halfway house as soon as space is available.

16      DATED this 29th day of March, 2011.

17

18                                              _____
                                                Mary Alice Theiler
19                                              United States Magistrate Judge

20 cc:    District Judge:         Honorable Ricardo S. Martinez
         AUSA:                   Andrew Colasurdo, Andrew Friedman
21       Defendant's attorney:   Stewart Riley
         Probation officer:      Sara Moore

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3